STEVEN P. CANFIELD
Nevada Bar No. 12711
WINNER & BOOZE
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
scanfield@winnerfirm.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VIVEK CHAMARIA, individually; GAURI CHAMARIA, individually, | CASE NO.: 2:22cv-01110-RFB-DJA |
| Plaintiffs, | **ORDER RE:** |
| v. | **DEFENDANTS' REQUEST FOR AN EXCEPTION TO THE SETTLEMENT CONFERNECE PERSONAL ATTENDANCE REQUIREMENTS** |
| ANTHONY JEROME HOWARD, individually; TRANSTAR TRANSPORTATIONS, INC. a Foreign Corporation; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20 inclusive, | |
| Defendants. | |

Defendants ANTHONY JEROME HOWARD, and TRANSTAR TRANSPORTATIONS, INC., by and through their counsel of record, STEVEN P. CANFIELD, of the law firm WINNER & BOOZE, hereby requests this Honorable Court to allow the settlement conference to take place without the appearance of individual Defendant ANTHONY JEROME HOWARD, and in support thereof present to the Court as follows:

1. Defendant Anthony Howard was an employee of Transtar Transportations, Inc. at the time of the subject accident and was in the course and scope of his employment at the time of the subject incident. Mr. Howard is no longer employed with Transtar. He does not reside in Nevada and was not a resident of the State of Nevada at the time of the accident. He is currently a resident of the State of California. Vicarious liability and liability for the subject incident is not in dispute in this

case.

2. A representative of TRANSTAR TRANSPORTATIONS, INC. will be present for the duration of the settlement conference, and a representative from the insurance carrier, National Indemnity Company with authority to settle this matter up to the full amount of the claim will also be present in person for the duration of the Settlement Conference.

WHEREFORE, Defendants, by and through their attorney, respectfully requests this Honorable Court to grant his request and allow the conference to proceed without the attendance of Defendant Howard.

DATED this 13th day of February 2026.

WINNER & BOOZE

/s/ Steven P. Canfield
Steven P. Canfield
Nevada Bar No. 12711
1117 South Rancho Drive
Las Vegas, Nevada 89102
*Attorneys for Defendants*

**IT IS SO ORDERED**.

DATED: 2/23/2026

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I certify that on this **13th day of February 2026**, the foregoing **DEFENDANTS' REQUEST FOR AN EXCEPTION TO THE SETTLEMENT CONFERNECE PERSONAL ATTENDANCE REQUIREMENTS** was served on the following by [X] Electronic Filing and Service via the CM/ECF system; [ ] Hand Delivery; [ ] Overnight Delivery; [ ] Fax; [ ] Fax and Mail; [ ] Mailing by depositing with the U.S. Mail in Las Vegas, Nevada, enclosed in a sealed envelope with first class postage prepaid, addressed as follows:

STEVE DIMOPOULOS, ESQ.
DIMOPOULOS INJURY LAW
6671 South Las Vegas Boulevard, Suite 275
Las Vegas, Nevada 89119
*Attorneys for Plaintiffs*

/S/ Deanna Duarte
_____
AN EMPLOYEE OF WINNER & BOOZE